UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ZEE CHING | § | C.A. No. 3:18-cv-00004 |
| | § | |
| VS. | § | |
| | § | |
| MARQUETTE TRANSPORTATION | § | |
| COMPANY GULF-INLAND LLC | § | |

## ORDER OF DISMISSAL

Settlement of this matter having been fully documented, this matter is hereby

**DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

SIGNED at Galveston, Texas, this _____ day of May, 2018.

_____
**George C. Hanks, Jr.**
**United States District Judge**

APPROVED AND ENTRY REQUESTED

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti
Texas Bar No. 24076708 / SDTX 1139660
mspagnoletti@spaglaw.com
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:   713-653-5600
Facsimile:   713-653-5656

*Attorneys for Plaintiff*