United States District Court
Southern District of Texas
**ENTERED**
May 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ZEE CHING, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-004 |
| | § | |
| MARQUETTE TRANSPORTATION | § | |
| COMPANY GULF-INLAND LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff has notified the Court that settlement of this matter has been fully documented. Dkt. 8. Accordingly, this matter is hereby **DISMISSED WITH PREJUDICE**.

SIGNED at Galveston, Texas, this 16th day of May, 2018.

George C. Hanks Jr.
United States District Judge